# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IVAN DIAZ | * |
| | * |
| PLAINTIFF, | * |
| | * |
| v. | * |
| | * Case No.: 1:20-cv-2274-TJK |
| ROSARIO CORPORATION, *et al.*, | * |
| | * |
| DEFENDANTS. | * |
| | * |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendants, through undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby agree to the dismissal of the above-captioned action, with prejudice, with each party responsible for their attorney's fees and costs. This matter has resolved.

Dated: June 11, 2021

Respectfully submitted,

| | |
|---|---|
| /s/ Roy Lyford-Pike | /s/ Albert Wilson, Jr. |
| Roy Lyford-Pike | Albert Wilson Jr. |
| D.C. Bar No. MD0084 | D.C. Bar No. 486546 |
| rlpike@zagfirm.com | awilson@vedalaw.com |
| Zipin, Amster & Greenberg LLC | Veda Law, LLC |
| 8757 Georgia Ave., Suite 400 | 8720 Georgia Avenue, Suite 700 |
| Silver Spring, MD 20910 | Silver Spring, MD 20910 |
| (301) 587-9373 | (240) 839-4153 |
| (240) 839-9142 (Facsimile) | (202) 315-3494 (Facsimile) |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |